```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSUE PAGUADA, *on behalf of himself and all others similarly situated*,  :

                      Plaintiff,  :    1:20-cv-06666-GHW

      -against-  :

                              :    <u>ORDER</u>

AS SEEN ON TV DE, LLC,  :

                      Defendant.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The initial pretrial conference scheduled for December 8, 2020 is adjourned to December 9, 2020 at 11:00 a.m.  The conference will be conducted by telephone.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.  The joint status letter and proposed case management plan referenced in the Court's August 24, 2020 order, Dkt. No. 5, are due no later than December 2, 2020.

      Plaintiff is directed to serve this order on Defendant and to retain proof of service.

      SO ORDERED.

Dated:  November 19, 2020
New York, New York
                                                  _____
                                                    GREGORY H. WOODS
                                                  United States District Judge