

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

December 7, 2020

**VIA ECF**

Hon. Judge Woods

United States District Judge

Southern District of New York

500 Pearl Square

New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020
```

## MEMORANDUM ENDORSED

Re:   Paguada v. As Seen on TV DE, LLC, Civil Action No. 1:20-cv-06666-GHW

Dear Judge Woods,

The undersigned represents Plaintiff Josue Paguada (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for December 9, 2020 at 11:00 a.m. It is now December 7, 2020 and Defendant has yet to appear in this case. By way of background, Plaintiff filed an Amended Complaint on September 14, 2020 and has made multiple service attempts at numerous locations without success. Counsel for Plaintiff is in contact with the process server to determine the correct address at which to serve Defendant.

In light of the above, Counsel for Plaintiff requests that the upcoming Conference be adjourned as well as an additional 30 days in which to file an Affidavit of Service with the Court.

Thank you for your time and consideration of the above request.

/s/Mars Khaimov

Mars Khaimov, Esq., **Principal**

**Mars Khaimov Law, PLLC**

Application granted in part and denied in part.  The initial pretrial conference scheduled for December 9, 2020 is adjourned to January 13, 2021 at 3:00 p.m.  The conference will take place by telephone.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's web page, for the dial-in number and access code and other relevant information.  The parties are specifically directed to comply with Rule 2(C) of those rules.  The joint status letter and proposed case management plan referenced in the Court's August 24, 2020 order, Dkt. No. 5, are due no later than January 6, 2021.  This order does not affect the deadline for service of process.

Counsel for Plaintiff is directed to serve this order on Defendant and to retain proof of service.

SO ORDERED.

Dated:  December 7, 2020

_____

GREGORY H. WOODS

United States District Judge