UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

JOSUE PAGUADA, *on behalf of himself and all others* :
*similarly situated,*                                :
                                                     :
                                   Plaintiff,        :
                                                     :
                    -against-                        :
                                                     :
AS SEEN ON TV, INC.                                  :
                                                     :
                                   Defendant.        :
--------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2021
```

1:20-cv-06666-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the orders scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than January 6, 2021. *See* Dkt. Nos. 5, 14. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than January 11, 2021. The Court notes that Plaintiff has not filed proof of service of the amended complaint on the docket

Plaintiff is directed to serve this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: January 7, 2021

GREGORY H. WOODS
United States District Judge